**EXHIBIT 2 – Evidence of Use Regarding Infringement of U.S. Patent No. 11,189,321 ("the '321 Patent")**

| '321 Patent | Infringing DJI Osmo Action GPS Bluetooth Remote Controller (the "Remote Controller") with DJI Osmo Action 6, Osmo Action 5 Pro, and Osmo Action 4 (the "DJI Cameras") (collectively, the "DJI Product") |
|---|---|
| 1a. An event marking device, comprising: | The DJI Product operates as an event marking device and includes all elements of this device claim.  https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. |



https://www.dji.com/osmo-action-6.

| | |
|---|---|
| 1b. a housing; | The DJI Product includes a housing.  For instance, the DJI Remote Controller includes a housing. |



### Osmo Action GPS Bluetooth Remote Controller

**USD $99**

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



Osmo Action GPS Bluetooth Remote Controller User Guide at 1.

3

## Specifications

| Model | OSMO-AF-336 |
|---|---|
| Dimensions | 40.5×38.6×20.5 mm |
| Weight | 26 g |

Osmo Action GPS Bluetooth Remote Controller User Guide at 10.

| 1c. a microcontroller disposed in the housing; | The DJI Product includes a microcontroller disposed in the housing. For instance, the DJI Remote Controller necessarily includes a microprocessor to perform at least the following functions: (1) processing signals from 4 satellite systems (GPS+BeiDou+Galileo+GLONASS), (2) managing BLE 5.0 communication, (3) "record[ing] accurate data in motion," (4) controlling up to 16 cameras simultaneously, and (5) driving the display screen. |
|---|---|

## Introduction

OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.

\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

| 1d. a memory disposed in the housing and operatively coupled to the microcontroller; | The DJI Product includes a memory disposed in the housing and operatively coupled to the microcontroller. For instance, the DJI Remote Controller necessarily includes a memory to "record accurate data in motion" before transmission of such data to the DJI Cameras.  Further, "[w]hen used with the DJI Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation."  Such "collected data" is necessarily stored in memory in the DJI Remote Controller.<br><br>## Introduction<br><br>OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.<br><br>With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.<br><br>\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.<br><br>Osmo Action GPS Bluetooth Remote Controller User Guide at 4.<br><br>Upon information and belief, such memory would necessarily be operatively coupled to the microcontroller. |
| 1e. a real-time clock disposed in the housing and operatively coupled to the microcontroller; | The DJI Product includes a real-time clock disposed in the housing and operatively coupled to the microcontroller. For instance, the DJI Remote Controller includes "built-in satellite positioning modules [to] enable users to record accurate data in motion." |

## Introduction

OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.

\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

These satellite positioning modules use GNSS to process signals from 4 satellite systems (GPS+BeiDou+Galileo+GLONASS), which operates using precise time and location information.

## Dashboard

The built-in satellite positioning modules enable users to record fitness data accurately when shooting. When used with DJI Mimo, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

Osmo Action GPS Bluetooth Remote Controller User Guide at 9.

## Specifications

| | |
|---|---|
| Model | OSMO-AF-336 |
| Dimensions | 40.5×38.6×20.5 mm |
| Weight | 26 g |
| Waterproof Level | IPX7 |
| Effective Remote Control Distance* | 25 m |
| GNSS | GPS+BeiDou+Galileo+GLONASS |

Osmo Action GPS Bluetooth Remote Controller User Guide at 10.

Additionally, videos enriched using the Remote Controller's collected data further illustrate the presence of a real-time clock by their inclusion of time and time counter information synchronized with the video and collected data.



https://www.dji.com/osmo-action-6.

Indeed, one of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time." The screenshots below show the Date & Time sticker toggled on then off, illustrating the presence of a real-time clock in the Remote Controller.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

Finally, the Remote Controller screen displays a timer, indicating the "video duration that can be taken or recorded according to the current shooting mode."  Such timer requires the presence of a real-time clock.



https://www.dji.com/osmo-action-6/video.

A timer also increments upon activation of the trigger to record a video on the DJI Cameras.

| | |
|---|---|
| |  https://www.dji.com/osmo-action-6/video. Upon information and belief, such real-time clock would necessarily be operatively coupled to the microcontroller. |
| 1f. a communication interface disposed in the housing and operatively to the microcontroller; and | The DJI Product includes a communication interface disposed in the housing and operatively coupled to the microcontroller. For instance, the DJI Remote Controller includes a Bluetooth interface for connecting to the DJI Cameras. |

# Introduction

OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.

\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

# Specifications

| Model | OSMO-AF-336 |
|---|---|
| Dimensions | 40.5×38.6×20.5 mm |
| Weight | 26 g |
| Waterproof Level | IPX7 |
| Effective Remote Control Distance* | 25 m |
| GNSS | GPS+BeiDou+Galileo+GLONASS |
| Bluetooth | |
| Protocol | BLE 5.0 |

Osmo Action GPS Bluetooth Remote Controller User Guide at 10.



https://www.dji.com/osmo-action-6/video.

Upon information and belief, such communication interface(s) would necessarily be operatively coupled to the microcontroller.

| | |
|---|---|
| 1g. a trigger circuit disposed in the housing, operatively coupled to the microcontroller, and arranged to be enabled by a user to | The DJI Product includes a trigger circuit disposed in the housing, operatively coupled to the microcontroller, and arranged to be enabled by a user to identify an event for recording. For instance, the DJI Remote Controller allows a user to identify an event for recording by pressing the Shutter/Record Button. |

identify an event for recording;



Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

**USD $99**



🌐 Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

Upon information and belief, such trigger circuit would necessarily be operatively coupled to the microcontroller.

| 1h. wherein the microcontroller is configured to read the real-time clock and write a corresponding real-time datum in the | The DJI Product's microcontroller is configured to read the real-time clock and write a corresponding real-time datum in the memory upon receiving enablement of the trigger circuit by the user. For instance, the DJI Remote Controller allows the user to identify an event for recording by pressing the Shutter/Record Button. The DJI Remote Controller reads the time from the real-time clock and timestamps the triggered event and stores the timestamp and associated data in memory. |
|---|---|

memory upon receiving enablement of the trigger circuit by the user; and

## Overview





| | | | |
|---|---|---|---|
| 1. | Quick Switch Button | 6. | Link Button |
| 2. | Shutter/Record Button | 7. | Lanyard Hole |
| 3. | USB-C Port | 8. | Wrist Strap Hole |
| 4. | Status LED | 9. | Bluetooth RC Wrist Strap (Long) |
| 5. | Screen | 10. | Bluetooth RC Wrist Strap (Short) |

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

### USD $99



Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time."  The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller writes corresponding real-time datum in the memory upon receiving enablement of the trigger circuit by the user.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

| 1i. wherein the microcontroller is configured to read the real-time data from the memory and output the real-time datum via the communication interface when the communication | The DJI Product includes a microcontroller configured to read the real-time data from the memory and output the real-time data via the communication interface when the communication interface is operatively coupled to an external device. For instance, the DJI Remote Controller outputs collected trigger event data, including associated timestamps, to an external device like the DJI Cameras using its Bluetooth interface. The collected trigger event data can be added to the recorded video through the DJI Mimo app. |
|---|---|

interface is operatively coupled to an external device;



## Overview

1. Quick Switch Button
2. Shutter/Record Button
3. USB-C Port
4. Status LED
5. Screen
6. Link Button
7. Lanyard Hole
8. Wrist Strap Hole
9. Bluetooth RC Wrist Strap (Long)
10. Bluetooth RC Wrist Strap (Short)

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

### USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time." The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller writes corresponding real-time datum in the memory upon receiving enablement of the trigger circuit by the user.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

| 1j. whereby the real-time datum causes the external device to preserve a recording captured at the time of the enablement of the trigger circuit. | The DJI Product operates such that the real-time datum causes the external device to preserve a recording captured at the time of the enablement of the trigger circuit. For instance, the DJI Remote Controller works in concert with the DJI Cameras (external devices) to preserve video and associated data when the user presses the Shutter/Record Button on the DJI Remote Controller. Timestamp and other collected trigger event data is synchronized with the recording to mark the time of the enablement of the trigger circuit (when the user presses the Shutter/Record Button). |
| --- | --- |

27



Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

• Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.

• Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



### Osmo Action GPS Bluetooth Remote Controller

**USD $99**

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns



https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



[https://www.dji.com/osmo-action-6/video](https://www.dji.com/osmo-action-6/video).

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time."  The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller writes corresponding real-time datum in the memory upon receiving enablement of the trigger circuit by the user.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

| 5. The event marking device of claim 1, wherein the housing is configured to be worn by the user. | The DJI Product's housing is configured to be worn by the user.  For instance, the DJI Remote Controller is designed to be worn by the user. |
| --- | --- |

# Operation

## Installation Methods

The package includes two wrist straps of different lengths. The remote controller can be fixed to the wrist using the long wrist strap and can also be fixed to the bicycle handlebar, motorcycle handlebar, backpack strap, and other locations using the short wrist strap.

### Installing the Long Wrist Strap

Fix the remote controller in a suitable position on the wrist and fasten the hook-and-loop fastener properly, as shown below.



Osmo Action GPS Bluetooth Remote Controller User Guide at 7.



## Osmo Action GPS Bluetooth Remote Controller

**USD $99**

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

| 6. The event marking device of claim 1, further comprising a visible indicator operatively coupled to the microcontroller, the visible indicator capable of being | The DJI Product includes a visible indicator operatively coupled to the microcontroller, the visible indicator capable of being energized to indicate readiness to accept trigger circuit enablement. For instance, the DJI Remote Controller includes a Status LED that indicates it is "[r]eady to use," indicating that the Remote Controller is ready to accept a trigger signal. |
| --- | --- |

energized to indicate readiness to accept trigger circuit enablement.

## Overview



1. Quick Switch Button
2. Shutter/Record Button
3. USB-C Port
4. Status LED
5. Screen
6. Link Button
7. Lanyard Hole
8. Wrist Strap Hole
9. Bluetooth RC Wrist Strap (Long)
10. Bluetooth RC Wrist Strap (Short)

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

| | |
|---|---|
| | Blinks green twice — Charging, 26%-50% |
| | Blinks green — Charging, 0%-25% |
| | **System Status** |
| | Blinks red three times — Power on or off |
| | Blinks blue — Linking |
| | **Operation Status** |
| | Solid green — Ready to use |
| | Temporarily off — Take a photo |
| | Blinks red — Recording a video |

Osmo Action GPS Bluetooth Remote Controller User Guide at 10.

| 8a.  A method, comprising: | The DJI Product performs all steps of this method claim. |
|---|---|
| | 
**Osmo Action GPS Bluetooth Remote Controller**

USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561. |



https://www.dji.com/osmo-action-6.

| | |
|---|---|
| 8b. generating real-time clock data with a real-time clock of an event marking device; | The DJI Product generates real-time clock data with a real-time clock of an event marking device. For instance, the DJI Remote Controller includes "built-in satellite positioning modules [to] enable users to record accurate data in motion." |

## Introduction

OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.

\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

These satellite positioning modules use GNSS to process signals from 4 satellite systems (GPS+BeiDou+Galileo+GLONASS), which operates using precise time and location information.

## Dashboard

The built-in satellite positioning modules enable users to record fitness data accurately when shooting. When used with DJI Mimo, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

Osmo Action GPS Bluetooth Remote Controller User Guide at 9.

39

## Specifications

| Model | OSMO-AF-336 |
|---|---|
| Dimensions | 40.5×38.6×20.5 mm |
| Weight | 26 g |
| Waterproof Level | IPX7 |
| Effective Remote Control Distance* | 25 m |
| GNSS | GPS+BeiDou+Galileo+GLONASS |

Osmo Action GPS Bluetooth Remote Controller User Guide at 10.

Additionally, videos enriched using the Remote Controller's collected data further illustrate the presence of a real-time clock by their inclusion of time and time counter information synchronized with the video and collected data.



https://www.dji.com/osmo-action-6.

Indeed, one of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time." The screenshots below show the Date & Time sticker toggled on then off, illustrating the presence of a real-time clock generating real-time clock data in the Remote Controller.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

Finally, the Remote Controller screen displays a timer, indicating the "video duration that can be taken or recorded according to the current shooting mode."  Such timer requires the presence of a real-time clock.



https://www.dji.com/osmo-action-6/video.

A timer also increments upon activation of the trigger to record a video on the DJI Cameras.



https://www.dji.com/osmo-action-6/video.

| | |
|---|---|
| 8c. generating, with a trigger circuit of the event marking device, a trigger signal; | The DJI Product generates, with a trigger circuit of the event marking device, a trigger signal.  For instance, the DJI Remote Controller allows a user to generate a trigger signal with the trigger circuit, thereby identifying an event for recording, by pressing the Shutter/Record Button. |



Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

**USD $99**

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns



Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

| 8d. identifying, from the real-time clock data with a microcontroller of the event marking device, a real time corresponding to a receipt of the trigger signal; | The DJI Product identifies, from the real-time clock data with a microcontroller of the event marking device, a real time corresponding to a receipt of the trigger signal. For instance, the DJI Remote Controller allows the user to identify an event for recording by pressing the Shutter/Record Button. The DJI Remote Controller reads the time from the real-time clock and timestamps the triggered event and stores the timestamp and associated data in memory. |
|---|---|



## Overview

1. Quick Switch Button
2. Shutter/Record Button
3. USB-C Port
4. Status LED
5. Screen
6. Link Button
7. Lanyard Hole
8. Wrist Strap Hole
9. Bluetooth RC Wrist Strap (Long)
10. Bluetooth RC Wrist Strap (Short)

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

USD $99



Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time."  The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller identifies the time associated with the trigger signal from the real-time clock and timestamps the triggered event and stores the timestamp and associated data in memory.



https://www.dji.com/osmo-action-6/video.



You can also manually select different data stickers to add to the video

https://www.dji.com/osmo-action-6/video.

| | |
|---|---|
| 8e. writing, with the microcontroller, trigger signal data to a memory of the event marking device indicating the real time associated with receipt of the trigger signal; and | The DJI Product writes, with the microcontroller, trigger signal data to a memory of the event marking device indicating the real time associated with receipt of the trigger signal. As an initial matter, the DJI Remote Controller includes memory. For instance, the DJI Remote Controller necessarily includes a memory to "record accurate data in motion" before transmission to the DJI Cameras. Further, "[w]hen used with the DJI Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation." Such "collected data" is necessarily stored in memory in the DJI Remote Controller. |

## Introduction

OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.

\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

Additionally, the DJI Remote Controller allows the user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter/Record Button. The DJI Remote Controller reads the time from the real-time clock and timestamps the triggered event and writes the timestamp and associated data in memory.



## Overview

1. Quick Switch Button
2. Shutter/Record Button
3. USB-C Port
4. Status LED
5. Screen

6. Link Button
7. Lanyard Hole
8. Wrist Strap Hole
9. Bluetooth RC Wrist Strap (Long)
10. Bluetooth RC Wrist Strap (Short)

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

**USD $99**

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns



Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time." The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller identifies the time associated with the trigger signal from the real-time clock and timestamps the triggered event and writes the timestamp and associated data in memory.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

| 8f. outputting, with a communication interface of the event marking device, the trigger event data including the time of generating the trigger signal to an external device; | The DJI Product outputs, with a communication interface of the event marking device, the trigger event data including the time of generating the trigger signal to an external device. As an initial matter, the DJI Remote Controller includes a Bluetooth interface for connecting to the DJI Cameras. |
|---|---|

# Introduction

OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.

\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

# Specifications

| Model | OSMO-AF-336 |
|---|---|
| Dimensions | 40.5×38.6×20.5 mm |
| Weight | 26 g |
| Waterproof Level | IPX7 |
| Effective Remote Control Distance* | 25 m |
| GNSS | GPS+BeiDou+Galileo+GLONASS |
| Bluetooth | |
| Protocol | BLE 5.0 |

Osmo Action GPS Bluetooth Remote Controller User Guide at 10.



https://www.dji.com/osmo-action-6/video.

Additionally, the DJI Remote Controller transmits collected trigger event data, including associated timestamps, to an external device like the DJI Cameras via its Bluetooth interface. The collected trigger event data can be added to the recorded video through the DJI Mimo app.



Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns



Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time."  The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller outputs the trigger event data including the time of generating the trigger signal to an external device.



You can also manually select different data stickers to add to the video

https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

| 8g. whereby outputting the trigger event data causes the external device to preserve a recording captured at the time of the enablement of the trigger circuit. | The DJI Product operates such that the outputting of the trigger event data causes the external device to preserve a recording captured at the time of the enablement of the trigger circuit. For instance, the DJI Remote Controller works in concert with the DJI Cameras (external devices) to preserve video and associated data when the user presses the Shutter/Record Button on the DJI Remote Controller. Timestamp and other collected trigger event data is synchronized with the recording to mark the time of the enablement of the trigger circuit (when the user presses the Shutter/Record Button). |



Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns



Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time."  The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller writes corresponding real-time datum in the memory upon receiving enablement of the trigger circuit by the user.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

| 9. The method of claim 8, wherein generating the trigger signal includes generating the trigger signal based on input received from a user. | The DJI Product generates the trigger signal based upon input received from a user.  For instance, the DJI Remote Controller allows a user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter/Record Button. |



## Overview

1. Quick Switch Button
2. Shutter/Record Button
3. USB-C Port
4. Status LED
5. Screen
6. Link Button
7. Lanyard Hole
8. Wrist Strap Hole
9. Bluetooth RC Wrist Strap (Long)
10. Bluetooth RC Wrist Strap (Short)

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

### USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns



Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

| 14. The method of claim 8, further comprising generating the trigger signal in response to manipulation of a switch by a user. | The DJI Product generates the trigger signal in response to manipulation of a switch by a user.  For instance, the DJI Remote Controller allows a user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter/Record Button. |
|---|---|



## Overview

1. Quick Switch Button
2. Shutter/Record Button
3. USB-C Port
4. Status LED
5. Screen
6. Link Button
7. Lanyard Hole
8. Wrist Strap Hole
9. Bluetooth RC Wrist Strap (Long)
10. Bluetooth RC Wrist Strap (Short)

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

| | |
|---|---|
| 15a. A device, comprising: | The DJI Product includes all elements of this device claim. |



## Osmo Action GPS Bluetooth Remote Controller

USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6.

| 15b. a trigger circuit disposed in a housing and configured to generate a trigger signal; | The DJI Product includes a trigger circuit disposed in a housing and configured to generate a trigger signal. First, the DJI Remote Controller includes a housing. |
| --- | --- |



## Osmo Action GPS Bluetooth Remote Controller

### USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



Osmo Action GPS Bluetooth Remote Controller User Guide at 1.

## Specifications

| Model | OSMO-AF-336 |
|---|---|
| Dimensions | 40.5×38.6×20.5 mm |
| Weight | 26 g |

Osmo Action GPS Bluetooth Remote Controller User Guide at 10.

Additionally, the DJI Remote Controller includes a trigger circuit disposed in the housing and configured to generate a trigger signal. For instance, the DJI Remote Controller allows a user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter/Record Button.



## Overview

1. Quick Switch Button
2. Shutter/Record Button
3. USB-C Port
4. Status LED
5. Screen
6. Link Button
7. Lanyard Hole
8. Wrist Strap Hole
9. Bluetooth RC Wrist Strap (Long)
10. Bluetooth RC Wrist Strap (Short)

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns



Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

| 15c. a real-time clock disposed in the housing and configured to generate real-time clock data corresponding to a real time; | The DJI Product includes a real-time clock disposed in the housing and configured to generate real-time clock data corresponding to a real time. For instance, the DJI Remote Controller includes "built-in satellite positioning modules [to] enable users to record accurate data in motion." |
|---|---|

# Introduction

OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.

\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

These satellite positioning modules use GNSS to process signals from 4 satellite systems (GPS+BeiDou+Galileo+GLONASS), which operates using precise time and location information.

## Dashboard

The built-in satellite positioning modules enable users to record fitness data accurately when shooting. When used with DJI Mimo, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

Osmo Action GPS Bluetooth Remote Controller User Guide at 9.

## Specifications

| | |
|---|---|
| Model | OSMO-AF-336 |
| Dimensions | 40.5×38.6×20.5 mm |
| Weight | 26 g |
| Waterproof Level | IPX7 |
| Effective Remote Control Distance* | 25 m |
| GNSS | GPS+BeiDou+Galileo+GLONASS |

Osmo Action GPS Bluetooth Remote Controller User Guide at 10.

Additionally, videos enriched using the Remote Controller's collected data further illustrate the presence of a real-time clock by their inclusion of time and time counter information synchronized with the video and collected data.



https://www.dji.com/osmo-action-6.

Indeed, one of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time." The screenshots below show the Date & Time sticker toggled on then off, illustrating the presence of a real-time clock in the Remote Controller.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

Finally, the Remote Controller screen displays a timer, indicating the "video duration that can be taken or recorded according to the current shooting mode."  Such timer requires the presence of a real-time clock.



https://www.dji.com/osmo-action-6/video.

A timer also increments upon activation of the trigger to record a video on the DJI Cameras.



https://www.dji.com/osmo-action-6/video.

| 15d. a memory disposed in the housing and configured to store data in a computer readable media; | The DJI Product includes a memory disposed in the housing and configured to store data in a computer readable media. For instance, the DJI Remote Controller necessarily includes a memory to "record accurate data in motion" before transmission of such data to the DJI Cameras.  Further, "[w]hen used with the DJI Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation."  Such "collected data" is necessarily stored in memory in the DJI Remote Controller. |
|---|---|

## Introduction

OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.

\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

| | |
|---|---|
| 15e. a microcontroller coupled to the trigger circuit, the real-time clock, and the memory and configured to receive the trigger signal, to reference the real-time clock data upon receiving the trigger signal, and to write trigger event data to the memory indicating a real time at which the trigger signal was generated; and | The DJI Product includes a microcontroller disposed in the housing. For instance, the DJI Remote Controller necessarily includes a microprocessor to perform at least the following functions: (1) processing signals from 4 satellite systems (GPS+BeiDou+Galileo+GLONASS), (2) managing BLE 5.0 communication, (3) "record[ing] accurate data in motion," (4) controlling up to 16 cameras simultaneously, and (5) driving the display screen. <br><br> ## Introduction <br><br> OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation. <br><br> With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes. <br><br> \* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list. <br><br> Osmo Action GPS Bluetooth Remote Controller User Guide at 4. |

Additionally, the DJI Product's microcontroller is configured to receive the trigger signal, to reference the real-time clock data upon receiving the trigger signal, and to write trigger event data to the memory indicating a real time at which the trigger signal was generated. Additionally, the DJI Remote Controller allows the user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter/Record Button.  The DJI Remote Controller reads the time from the real-time clock and timestamps the triggered event and writes the timestamp and associated data in memory.

## Overview



| | |
|---|---|
| 1. Quick Switch Button | 6. Link Button |
| 2. Shutter/Record Button | 7. Lanyard Hole |
| 3. USB-C Port | 8. Wrist Strap Hole |
| 4. Status LED | 9. Bluetooth RC Wrist Strap (Long) |
| 5. Screen | 10. Bluetooth RC Wrist Strap (Short) |

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

**USD $99**



Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time."  The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller identifies the time associated with the trigger signal from the real-time clock and timestamps the triggered event and writes the timestamp and associated data in memory.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

Upon information and belief, the microcontroller would necessarily be coupled to the trigger circuit, the real-time clock, and the memory to provide this functionality.

| 15f. a communication interface configured to output the trigger event data to an external device; | The DJI Product includes a communication interface configured to output the trigger event data to an external device. For instance, the DJI Remote Controller includes a Bluetooth interface for connecting to the DJI Cameras. |
|---|---|

# Introduction

OSMO™ Action GPS Bluetooth Remote Controller (hereinafter referred to as "remote controller") connects to Osmo Action 4* via Bluetooth. Users can control the camera remotely to capture footage using the remote controller. The remote controller supports single-camera and multi-camera control modes so that users can shoot with up to 16 cameras simultaneously. The built-in satellite positioning modules enable users to record accurate data in motion. When used with the DJI™ Mimo app, users can add a host of collected data to enrich the video, such as speed, route, direction, and elevation.

With the wrist strap, the remote controller can be installed in different places such as the handlebar of the bicycle, which can be flexibly adjusted to shoot in various sports scenes.

\* Support for DJI devices will be updated continuously. Visit the corresponding DJI Osmo Action camera product page for a complete list.

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

# Specifications

| Model | OSMO-AF-336 |
|---|---|
| Dimensions | 40.5×38.6×20.5 mm |
| Weight | 26 g |
| Waterproof Level | IPX7 |
| Effective Remote Control Distance* | 25 m |
| GNSS | GPS+BeiDou+Galileo+GLONASS |
| Bluetooth | |
| Protocol | BLE 5.0 |

Osmo Action GPS Bluetooth Remote Controller User Guide at 10.



https://www.dji.com/osmo-action-6/video.

Additionally, the DJI Remote Controller outputs collected trigger event data, including associated timestamps, to an external device like the DJI Cameras using its Bluetooth interface.  The collected trigger event data can be added to the recorded video through the DJI Mimo app.



## Overview

1. Quick Switch Button
2. Shutter/Record Button
3. USB-C Port
4. Status LED
5. Screen
6. Link Button
7. Lanyard Hole
8. Wrist Strap Hole
9. Bluetooth RC Wrist Strap (Long)
10. Bluetooth RC Wrist Strap (Short)

Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

USD $99

Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time."  The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller writes corresponding real-time datum in the memory upon receiving enablement of the trigger circuit by the user.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

| 15g. whereby the external device is made to store or transmit recorded content corresponding to the real time of the trigger event. | The DJI Product operates such that the external device is made to store or transmit recorded content corresponding to the real time of the trigger event.  For instance, the DJI Remote Controller works in concert with the DJI Cameras (external devices) to preserve video and associated data when the user presses the Shutter/Record Button on the DJI Remote Controller.  Timestamp and other collected trigger event data is synchronized with the recording to mark the time of the enablement of the trigger circuit (when the user presses the Shutter/Record Button). |
|---|---|



Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

USD $99



Free Shipping
Free Fast-Delivery Upgrade*
1% DJI Credit Reward
Up to 30-Day Returns

Wear it on your wrist or mount it to the handlebar to remotely start recording. Record data with the built-in GPS and integrate the data into your video in the DJI Mimo app to make your videos pop.

https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.

One of the "data stickers" users can include in videos enhanced with the Remote Controller's collected data is "Date & Time."  The screenshots below show the Date & Time sticker toggled on then off, illustrating that the Remote Controller writes corresponding real-time datum in the memory upon receiving enablement of the trigger circuit by the user.



https://www.dji.com/osmo-action-6/video.



https://www.dji.com/osmo-action-6/video.

| 16. The device of claim 15, wherein the trigger circuit includes a switch configured to be operated by the user. | The DJI Product's trigger circuit includes a switch configured to be operated by the user.  For instance, the DJI Remote Controller allows a user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter/Record Button. |
|---|---|



Osmo Action GPS Bluetooth Remote Controller User Guide at 4.

**Shutter/Record Button**

- Press and hold: power off the camera. When the camera is in sleep mode, press and hold to power on the camera.
- Press once: take a photo or start/stop recording. When the camera is in sleep mode, press once to start SnapShot.

**Note:** both both scenarios refer to situations when the remote controller is connected to the camera.

Osmo Action GPS Bluetooth Remote Controller User Guide at 5.



## Osmo Action GPS Bluetooth Remote Controller

USD $99

> Free Shipping
> Free Fast-Delivery Upgrade*
> 1% DJI Credit Reward
> Up to 30-Day Returns



https://store.dji.com/product/osmo-action-gps-bluetooth-remote-controller?vid=144561.



https://www.dji.com/osmo-action-6/video.